UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ZION FALGOUT, LLC** | * | |
| | * | **CIVIL ACTION NO.** |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **OSG FREEDOM, LLC** | * | |
| | * | **MAGISTRATE** |

## COMPLAINT

COMES NOW, by and through undersigned counsel, Plaintiff Zion Falgout, LLC who makes this Complaint against Defendant OSG Freedom, LLC as follows:

1.

Plaintiff Zion Falgout, LLC is a limited liability company organized and existing under the laws of the state of Louisiana with its principal place of business in Larose, Louisiana.

2.

Defendant OSG Freedom, LLC is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in New York City, New York and/ or Tampa, Florida.

1

3.

Jurisdiction is premised on 28 U.S.C. §1333 and Fed.R.Civ.P. 9(h).

4.

In the alternative, jurisdiction is proper pursuant to 28 U.S.C. §1332 as the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

5.

Further, this Honorable Court may exercise supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. §1367.

6.

Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2).

7.

On April 2, 2013, Defendant OSG Freedom, LLC sold the vessel OSG FREEDOM, official number 615200, to Plaintiff Zion Falgout, LLC.

8.

The sale sum was $525,000.

9.

After the vessel was delivered to Plaintiff, among other things, it was discovered that she was coated with lead paint.

10.

As a result of the presence of the lead paint and other latent defects, the vessel could not pass inspection and cannot be used in commerce.

11.

The presence of the lead paint was a latent defect which existed at the time of the sale but was not known or apparent to Plaintiff Zion Falgout, LLC; and the lead paint was not disclosed by OSG Freedom, LLC.

12.

Had Plaintiff Zion Falgout, LLC known of the existence of the lead paint and other latent defects, it would not have purchased the vessel.

13.

Plaintiff Zion Falgout, LLC has made numerous attempts to resolve the matter amicably to no avail.

14.

The cost to remediate the lead paint and other latent defects and to repair and refurbish the vessel will exceed $1,000,000 (ONE MILLION DOLLARS).

15.

WHEREFORE, after due proceedings had, Plaintiff Zion Falgout, LLC prays that

judgment be had in its favor and against Defendant OSG Freedom, LLC; that Plaintiff Zion Falgout, LLC be awarded money damages from OSG Freedom, LLC for the cost to remediate, repair, and refurbish the vessel; or, in the alternative, that the sale of the vessel be rescinded and that Plaintiff Zion Falgout, LLC be awarded a refund of the purchase price of $525,000 and its costs in transporting and storing the vessel and/ or other costs associated with the sale; for prejudgment interest; and for all other general and equitable relief to which Zion Falgout, LLC may be entitled.

    Respectfully submitted,

    /s/ Jill S. Willhoft

    _____
    RUFUS C. HARRIS, III (#6638)
    ALFRED J. RUFTY, III (#19990)
    CINDY GALPIN MARTIN (#25159)
    JILL S. WILLHOFT (#28990)
    HARRIS & RUFTY, L.L.C.
    650 Poydras Street, Suite 2710
    New Orleans, Louisiana 70130
    Telephone:   (504) 525-7500
    Facsimile:     (504) 525-7222
    Attorneys for Zion Falgout, LLC